UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

UNITED STATES OF AMERICA                          :
                                                  :
   -against-                                     :   Hon. Jed S. Rakoff
                                                  :
MONZER AL KASSAR,                                 :   S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and                         :
LUIS FELIPE MORENO GODOY                          :
                                                  :
                     Defendants.         :

------------------------------------------------------------------ X

## DEFENDANTS' PROPOSED VOIR DIRE REQUESTS

**DICKSTEIN SHAPIRO, LLP**
Ira Lee Sorkin, Esq.
Nicole P. DeBello, Esq.
Elliott Z. Stein, Esq.
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212)-277-6500
Fax: (212)-277-6501
*Attorneys for Defendant Monzer Al Kassar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- X
UNITED STATES OF AMERICA                          :
                                                  :
    -against-                                     :  Hon. Jed S. Rakoff
                                                  :
MONZER AL KASSAR,                                 :  S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and                         :
LUIS FELIPE MORENO GODOY                          :
                                                  :
                        Defendants.               :
-------------------------------------------------------------------- X
```

### DEFENDANTS' PROPOSED VOIR DIRE REQUESTS

Pursuant to Rule 8 of the Court's Individual Rules of Practice, Monzer Al Kassar and Luis Felipe Moreno Godoy (collectively "Defendants") respectfully submit the following proposed voir dire requests.

### Introduction

As you know this case involves allegations of international terrorism and gun trafficking. The defendants are originally from Syria, Lebanon, and Chile. It is important to our system of justice that jurors consider this case on its own, and not in light of any prejudices or preconceptions that words like "terrorism" may bring to mind. The defendants in this case, like the defendants in all cases in this country, are presumed innocent unless or until any one of them is found guilty by proof beyond a reasonable doubt.

### Proposed Voir Dire Questions

1.     What is your name?

2.     Do you live alone or with someone?

       2a.     If you live with someone, with whom do you live?

2

DOCSNY-334748v01

3.      Do you have any children?

     3a.      If yes, what do they do?

4.      What do you do for your work?

     4a.      If you live with someone, what does that person(s) do for work?

5.      What is your educational background?

6.      What organizations do you belong to?

7.      Do you go on the Internet?

     7a.      If so, for what purposes?

8.      What are your hobbies?

9.      Where were you born?

10.     Where were you raised?

11.     Have you ever traveled outside the U.S.?

     11a.     If yes, where have you traveled?

12.     Have you ever traveled within the U.S.?

     12a.     If yes, where have you traveled?

13.     Have you ever lived outside the U.S.?

     13a.     If yes, where did you live and for how long did you live there?

14.     What languages do you speak and or understand?

     14a.     Do you speak or understand Spanish?

     14b.     Do you speak or understand Arabic?

15.     Have you or has anyone close to you ever served in the military?

     15a.     If yes, in what branch of the military, during what years, at what rank(s)?

     15b.     Did you or they see combat?

DOCSNY-334748v01

15c.    Were you or they honorably discharged?

16.    Do you or does anyone close to you own a gun or a rifle?

16a.    If yes, please explain for what purpose you got a gun and/or rifle.

17.    Have you or has anyone close to you ever been arrested?

17a.    If yes, please explain.

18.    Have you or has anyone close to you ever been convicted of a crime?

18a.    If yes, please explain.

19.    Have you or has anyone close to you ever been the victim of a crime?

19a.    If yes, please explain.

20.    Have you ever served as a juror?

20a.    If yes, when, what kind of trial, was a verdict reached?

21.    Have you ever testified as a witness at a trial?

21a.    If yes, please explain.

22.    Where were you on September 11, 2001?

22a.    Please explain what you saw or how you felt.

23.    Do you know anyone who died on September 11?

23a.    If yes, please explain.

24.    Do you know anyone who was injured or died as a result of violence?

24a.    If yes, please explain.

25.    Have you ever heard of FARC?

25a.    If yes, what do you know about it?

26.    Do you have any feelings or beliefs about Muslims or people from Middle Eastern countries that might effect your ability to be a fair and impartial juror in this case?

4

26a.    If yes, please explain.

27.    Do you have any feelings or beliefs about people from South America, in particular people from Chile, that might effect your ability to be a fair and impartial juror in this case?

27a.    If yes, please explain.

28.    Do you have any attitudes about guns that would affect your ability to be a fair and impartial juror in this case?

28a.    If yes, please explain.

29.    Have you ever felt concerned for your safety?

29a.    If yes, please explain.

30.    Have you ever felt concerned that because of heightened concerns about terrorism that people's personal liberties could be threatened?

30a.    If yes, please explain.

31.    What do you think of the idea that because of heightened concerns about terrorism that the government and specifically law enforcement agencies may have become overly vigilant?

32.    What is your impression of the security measures implemented at airports?

33.    In the last few years, concerns about terrorism have increased. Can you set aside whatever personal concerns you may have and judge the evidence in this case fairly and impartially?

33a.    Please explain how you will do this.

34.    How closely do you follow the news, especially as it pertains to violence around the world?

35.    Do you think that you could give a fair trial to people whose business involved the sale of military weapons?

35a.    If no, please explain.

DOCSNY-334748v01

Dated: October 29, 2008

Respectfully submitted,

DICKSTEIN SHAPIRO, LLP

By: _____ /s/ _____
       Ira Lee Sorkin
       Nicole DeBello
       Elliott Z. Stein
       *Attorneys for Monzer Al Kassar*
       1177 Avenue of the Americas
       New York, New York 10036
       Tel. (212) 277-6500
       Fax  (212) 277-6501

6